ORLANDO C. SMITH ET AL. v. CHARLES F. BURTON, GUARDIAN.

*Mandamus to compel payment.*

Mandamus does not lie to compel a guardian to pay a claim against his ward which the probate court has adjudged valid; the proceeding must be by action.

Motion for order to show cause. Submitted and denied June 13.

*Julian G. Dickinson* for the motion.